No. 03–5488. Doss *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 03–5489. Cardwell *v.* Hanks, Superintendent, Wabash Valley Correctional Facility. C. A. 7th Cir. Certiorari denied.

No. 03–5490. Wade *v.* Robinson, Warden. C. A. 4th Cir. Certiorari denied.

No. 03–5491. Tsalickis *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 03–5492. Uhlich *v.* Archbold. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–5493. Moore *v.* North Dakota. Sup. Ct. N. D. Certiorari denied.

No. 03–5494. Pinson *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 03–5495. Myrick *v.* New York City Employees' Retirement System. C. A. 2d Cir. Certiorari denied.

No. 03–5496. Omuna *v.* Ashcroft, Attorney General, et al. C. A. 11th Cir. Certiorari denied.

No. 03–5497. Smotherman *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 03–5498. Rosales *v.* Alameida, Director, California Department of Corrections. C. A. 9th Cir. Certiorari denied.

No. 03–5499. Reado *v.* Cain, Warden. C. A. 5th Cir. Certiorari denied.

No. 03–5500. Baker *v.* Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 03–5501. Williams *v.* United States. C. A. 2d Cir. Certiorari denied.